JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

IHAB TARTIR,
YOLANDA CRUZ,
MOSTAFA DYAB,
YARITZA VALLE, and
MOHAMED EMAM,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.



07 CRIM 1065

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 26 2007

### COUNT ONE

The Grand Jury charges:

1. From at least in or about December 2006, up to and including on or about September 26, 2007, in the Southern District of New York and elsewhere, IHAB TARTIR, YOLANDA CRUZ, MOSTAFA DYAB, and YARITZA VALLE, the defendants, and others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, to violate Section 1325(c) of Title 8, United States Code.

2. It was a part and an object of the conspiracy that IHAB TARTIR, YOLANDA CRUZ, MOSTAFA DYAB, and YARITZA VALLE, the defendants, and others known and unknown, unlawfully, willfully and knowingly would and did enter into a marriage for the purpose of evading a provision of the immigration laws.

<u>Overt Acts</u>

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.  On or about April 10, 2007, MOSTAFA DYAB, YOLANDA CRUZ, and YARITZA VALLE, the defendants, met with another person in Manhattan.

    b.  On or about April 23, 2007, IHAB TARTIR, MOSTAFA DYAB, YOLANDA CRUZ, and YARITZA VALLE, the defendants, met with another person in Brooklyn.

(Title 18, United States Code, Section 371.)

**COUNT TWO**

The Grand Jury further charges:

4.  From at least in or about December 2006, up to and including on or about September 26, 2007, in the Southern District of New York, IHAB TARTIR, YOLANDA CRUZ, MOSTAFA DYAB, and YARITZA VALLE, the defendants, unlawfully, willfully and knowingly would and did enter into, and aid and abet others to enter into, a marriage for the purpose of evading a provision of the immigration laws, to wit, a marriage between DYAB and VALLE

on or about April 23, 2007.

(Title 8, United States Code, Section 1325(c), and

Title 18, United States Code, Section 2.)

### COUNT THREE

The Grand Jury further charges:

5.  From at least in or about May 2007, up to and including on or about September 26, 2007, in the Southern District of New York and elsewhere, IHAB TARTIR and MOHAMED EMAM, the defendants, and others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, to violate Section 1325(c) of Title 8, United States Code.

6.  It was a part and an object of said conspiracy that IHAB TARTIR and MOHAMED EMAM, the defendants, and others known and unknown, unlawfully, willfully and knowingly would and did enter into a marriage for the purpose of evading a provision of the immigration laws.

Overt Acts

7.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and

elsewhere:

    a. On or about June 12, 2007, MOHAMED EMAM, the defendant, met with two people in Manhattan.

    b. On or about July 10, 2007, IHAB TARTIR and MOHAMED EMAM, the defendants, met with another person in Brooklyn, New York.

(Title 18, United States Code, Section 371.)

### COUNT FOUR

The Grand Jury further charges:

8. In or about October 2007, in the Southern District of New York, YOLANDA CRUZ, the defendant, unlawfully, willfully, and knowingly, threatened to engage in conduct and thereby cause bodily injury to another person and damage the tangible property of another person, with intent to retailate against another person for information relating to the commission or possible commission of a Federal offense given by a person to a law enforcement officer, to wit, YOLANDA CRUZ, the defendant, threatened to assault another person because that person gave

information to a law enforcement officer about the commission of a Federal offense in the Southern District of New York.

(Title 18, United States Code, Sections 1513(b)(2).)

_____    _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IHAB TARTIR, YOLANDA CRUZ, MOSTAFA DYAB,
YARITZA VALLE, and MOHAMED EMAM

Defendants.

INDICTMENT

07 Cr. ___

(Title 18, United States Code,
Sections 371, 2, and 1513(b)(2),
and Title 8, United States Code,
Section 1325(c)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.