UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

IHAB TARTIR, et al.

        Defendants.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 Cr. 1065 (GEL)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
          Southern District of New York


        by:  /s/ Nicole W. Friedlander

        Assistant United States Attorney
        (212) 637-2211

TO:    Martin L. Schmukler, Esq.
        John M. Rodriguez, Esq.
        Thomas F.X. Dunn, Esq.
        Michael Hurwitz, Esq.